IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:15-CV-581-MOC-DCK

| | |
|---|---|
| BOBBY JO ROSINBAUM, and<br>MORGAN WILLIAM ROBERT,<br><br>    Plaintiffs,<br><br>  v.<br><br>FLOWERS FOODS, INC., and<br>FRANKLIN BAKING CO., LLC,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)   **ORDER**<br>)<br>)<br>)<br>)<br>)<br>) |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 5) filed by Ann Groninger, concerning Christopher D. Jozwiak on December 14, 2015. Mr. Jozwiak seeks to appear as counsel *pro hac vice* for Plaintiffs. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 5) is **GRANTED.** Mr. Jozwiak is hereby admitted *pro hac vice* to represent Plaintiffs.

**SO ORDERED**.

Signed: December 15, 2015

_____
David C. Keesler
United States Magistrate Judge