IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:15-CV-581-MOC-DCK

BOBBY JO ROSINBAUM, and )
MORGAN WILLIAM ROBERT, )
                               )
        Plaintiffs, )
                               )
   v. )       **ORDER**
                               )
FLOWERS FOODS, INC., and )
FRANKLIN BAKING CO., LLC, )
                               )
        Defendants. )
                               )

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 6) filed by Ann Groninger, concerning Susan E. Ellingstad on December 14, 2015. Ms. Ellingstad seeks to appear as counsel *pro hac vice* for Plaintiffs. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 6) is **GRANTED**. Ms. Ellingstad is hereby admitted *pro hac vice* to represent Plaintiffs.

     **SO ORDERED**.

Signed: December 15, 2015

David C. Keesler
United States Magistrate Judge