IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:15-CV-581-MOC-DCK

BOBBY JO ROSINBAUM, and )
MORGAN WILLIAM ROBERT, )
                                                   )
         Plaintiffs, )
                                                   )
   v. )        **ORDER**
                                                 )
FLOWERS FOODS, INC., and )
FRANKLIN BAKING CO., LLC, )
                                                 )
         Defendants. )

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 7) filed by Ann Groninger, concerning Rachel A. Kitze Collins on December 14, 2015. Ms. Collins seeks to appear as counsel *pro hac vice* for Plaintiffs. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 7) is **GRANTED**. Ms. Collins is hereby admitted *pro hac vice* to represent Plaintiffs.

      **SO ORDERED**.

                        Signed: December 15, 2015

                        David C. Keesler
                        United States Magistrate Judge