IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:15-CV-581-MOC-DCK

| | |
|---|---|
| BOBBY JO ROSINBAUM, and MORGAN WILLIAM ROBERT, ) ) ) Plaintiffs, ) ) v. ) ) FLOWERS FOODS, INC., and ) FRANKLIN BAKING CO., LLC, ) ) Defendants. ) ) | <u>ORDER</u> |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 24) filed by Lia A. Lesner, concerning Michael J. Murphy on March 8, 2016. Mr. Michael J. Murphy seeks to appear as counsel *pro hac vice* for Defendants Flowers Foods, Inc. and Franklin Baking Company, LLC. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 24) is **GRANTED**. Michael J. Murphy is hereby admitted *pro hac vice* to represent Defendants Flowers Foods, Inc. and Franklin Baking Company, LLC.

**SO ORDERED**.

Signed: March 8, 2016

David C. Keesler
United States Magistrate Judge