**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:15-CV-581-MOC-DCK**

| | | |
|---|---|---|
| **BOBBY JO ROSINBAUM, and** | ) | |
| **MORGAN WILLIAM ROBERT,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **FLOWERS FOODS, INC., and** | ) | |
| **FRANKLIN BAKING CO., LLC,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 29) filed by Ann Groninger, concerning J. Gordon Rudd, Jr. on March 12, 2016. Mr. J. Gordon Rudd, Jr. seeks to appear as counsel *pro hac vice* for all Plaintiffs. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 29) is **GRANTED**. J. Gordon Rudd, Jr. is hereby admitted *pro hac vice* to represent all Plaintiffs.

**SO ORDERED**.

Signed: March 14, 2016

David C. Keesler
United States Magistrate Judge