UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

BOBBY JO ROSINBAUM and
ROBERT WILLIAM MORGAN, JR.,
*individually and on behalf of all similarly situated individuals*,

    Plaintiffs,

v.

FLOWERS FOODS, INC., *and*
FRANKLIN BAKING CO., LLC,

    Defendant.

Civ. A. No. 7:16-cv-00233-FL

**DEFENDANTS FLOWERS FOODS, INC. AND FRANKLIN BAKING CO., LLC'S
MEMORANDUM IN OPPOSITION TO PLAINTIFFS' MOTION FOR
<u>CONDITIONAL CERTIFICATION AND JUDICIAL NOTICE</u>**

# Table of Exhibits

## TABLE OF EXHIBITS

Exhibit 1:   Declaration of William Morrison

Exhibit 2:   Excerpts of Bobby Jo Rosinbaum deposition (September 15, 2016)

Exhibit 3:   Excerpts of Robert Morgan deposition (September 16, 2016)

Exhibit 4:   Declaration of Larry Donnelle Beamon

Exhibit 5:   Declaration of Greg Collier

Exhibit 6:   Declaration of Clinton Dixon

Exhibit 7:   Declaration of John Dudney

Exhibit 8:   Declaration of Douglas Shane Harrison

Exhibit 9:   Declaration of Gary Lynn Hart

Exhibit 10:  Declaration of Chris Hilburn

Exhibit 11:  Declaration of Danny Kaye Ormond

Exhibit 12:  Declaration of Ray Perry

Exhibit 13:  Declaration of Robert Small

Exhibit 14:  Declaration of Jonathan Tuton

Exhibit 15:  Table of Conflicts Between Plaintiffs' Declarations And Their Deposition Testimony

Exhibit 16:  Plaintiffs' Lack Of Knowledge Regarding Distributors, Managers, And Operations At Other Warehouses