UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| BOBBY JO ROSINBAUM and ROBERT WILLIAM MORGAN, JR., *individually and on behalf of all similarly situated individuals*,<br><br>Plaintiffs,<br><br>v.<br><br>FLOWERS FOODS, INC., *and* FRANKLIN BAKING CO., LLC,<br><br>Defendants. | Civ. A. No. 7:16-cv-00233-FL<br><br>ORDER GRANTING DEFENDANTS' CONSENT MOTION TO STRIKE DOCKET NO. 113 |

UPON CONSIDERATION of Defendants' Consent Motion to Strike Docket No. 113, it is, this  9th  day of      December     , 2016, hereby

ORDERED that Defendants' Motion to Strike Docket No. 113 is GRANTED; and

ORDERED that the Clerk of Court shall remove the filing identified as Docket No. 113, together with its attachments, from the record in this case.

SO ORDERED.

Date: 12/09/2016

_____
The Hon. Louise W. Flanagan
UNITED STATES DISTRICT JUDGE