# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA

BOBBY JO ROSINBAUM and
ROBERT WILLIAM MORGAN, JR.,
*individually and on behalf of all similarly situated individuals*,

      Plaintiffs,

      v.

FLOWERS FOODS, INC. *and*
FRANKLIN BAKING COMPANY, LLC,

      Defendants.

Civ. A. No. 7:16-cv-00233-FL

## ORDER GRANTING MOTION TO DISMISS NON-RESPONDING PLAINTIFFS

This matter is before the undersigned on Defendants' Motion seeking an order dismissing Plaintiffs Sekson Boonprasert, Anthony Bradley, Timothy Driggers, Steven Hales, Arthur Hansley, Jeffrey Herring, Bailey Howard, James Hunter, Donnie Ivey, Clifford Jeffries, Delbert Kinlaw, Matthew Magner, Jose Martinez, Tammy Massey, Hans Matthijs, Melvin McAllister, Leonard Mitchell, Tavorris Newton, Danny Ormond, Louis Powell, Timothy Ratley, David Riggs, Dennis Shirley, Phillip Smith, William Smith, Shaun Stafford, Nelson Torres, Donald West, Jr., and Clifton White with prejudice. Defendants having established good cause for issuance of the order, it is hereby ORDERED:

That Plaintiffs Sekson Boonprasert, Anthony Bradley, Timothy Driggers, Steven Hales, Arthur Hansley, Jeffrey Herring, Bailey Howard, James Hunter, Donnie Ivey, Clifford Jeffries, Delbert Kinlaw, Matthew Magner, Jose Martinez, Tammy Massey, Hans Matthijs, Melvin McAllister, Leonard Mitchell, Tavorris Newton, Danny Ormond, Louis Powell, Timothy Ratley,

David Riggs, Dennis Shirley, Phillip Smith, William Smith, Shaun Stafford, Nelson Torres, Donald West, Jr., and Clifton White are dismissed from this lawsuit with prejudice.

Defendants' motion to dismiss the non-responding Plaintiffs is **GRANTED**.

**SO ORDERED** this 20th day of March, 2018.

_____
LOUISE W. FLANAGAN
United States District Judge