# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NORTH CAROLINA
# SOUTHERN DIVISION

BOBBY JO ROSINBAUM and
ROBERT WILLIAM MORGAN, JR.,
*individually and on behalf of all similarly situated individuals*,

    Plaintiffs,

v.

FLOWERS FOODS, INC., *and*
FRANKLIN BAKING CO., LLC,

    Defendants.

Civ. A. No. 7:16-cv-00233-FL

## ORDER GRANTING CONSENT MOTION TO STAY DISCOVERY AND OTHER DEADLINES FOR PURPOSES OF MEDIATION

AND NOW, this 27th day of June, 2018, upon consideration of the Parties' Consent Motion to Stay Discovery and Other Deadlines for Purposes of Mediation, indicating the Parties' agreement on all issues addressed therein, it is hereby

**ORDERED**, that the Parties' Joint Motion to Stay Discovery and Other Deadlines is **GRANTED** and the terms of the motion are incorporated herein..

**SO ORDERED** this 27th day of June, 2018.

    LOUISE W. FLANAGAN
    United States District Judge