UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

BOBBY JO ROSINBAUM and
ROBERT WILLIAM MORGAN, JR.,
*individually and on behalf of all similarly situated individuals*,

        Plaintiffs,

v.

FLOWERS FOODS, INC., *and*
FRANKLIN BAKING CO., LLC,

        Defendants.

Civ. A. No. 7:16-cv-00233-FL

## ORDER GRANTING JOINT MOTION TO STAY

AND NOW, this 19th day of June, 2019, upon consideration of the Parties' Joint Motion to Stay, indicating the Parties' agreement on all issues addressed therein, it is hereby

**ORDERED** that the Parties' Joint Motion to Stay is **GRANTED**.

**SO ORDERED** this 19th day of June, 2019.

_____
LOUISE WOOD FLANAGAN
UNITED STATES DISTRICT COURT JUDGE