IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| BOBBY JO ROSINBAUM AND ROBERT WILLIAM MORGAN, JR., individually and on behalf of all similarly situated individuals,<br><br>Plaintiffs,<br><br>-v-<br><br>FLOWERS FOODS, INC. and FRANKLIN BAKING COMPANY, LLC,<br><br>Defendants. | No. 7:16-cv-00233-FL<br><br>**ORDER ON PLAINTIFFS' UNOPPOSED MOTION FOR APPROVAL OF ATTORNEYS' FEES, COSTS, AND SERVICE AWARDS** |

WHEREAS Plaintiffs Bobby Jo Rosinbaum and Robert William Morgan, Jr., by and through their counsel, have filed an Unopposed Motion for Approval of Attorneys' Fees, Costs, and Service Awards; and

WHEREAS the Court having heard and considered all submissions in connection with the Unopposed Motion for Approval of Attorneys' Fees, Costs, and Service Awards and the files and records herein, as well as the arguments of counsel;

The Court hereby finds and concludes:

1. Plaintiffs' Unopposed Motion for Approval of Attorneys' Fees, Costs, and Service Awards is GRANTED.

2. Pursuant to Rule 23(h) and 29 U.S.C. § 216(b), Class Counsel is awarded attorneys' fees equal to one-third of the $8.3 million common-fund settlement in this case for a total attorneys' fee award of $2,766,666.39.

3. Pursuant to Rule 23(h) and 29 U.S.C. § 216(b), Class Counsel is awarded $95,771.40 in expenses necessarily and reasonably incurred in connection with the prosecution

and settlement of this litigation, to be paid out of the $8.3 million common-fund settlement in this case.

    4.    In recognition of their service as class representatives, Plaintiffs Bobby Jo Rosinbaum and Robert William Morgan, Jr. shall be paid service awards in the amount of $10,000 each, to be paid out of the $8.3 million common-fund settlement in this case.

IT IS SO ORDERED.

Dated: __12/29/__, 2020.

                                                     _____
                                                     The Honorable Louise W. Flanagan
                                                     United States District Judge

2

Case 7:16-cv-00233-FL   Document 409   Filed 12/29/20   Page 2 of 2