UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| BOBBY JO ROSINBAUM and ROBERT WILLIAM MORGAN, JR., *individually and on behalf of all similarly situated individuals*<br>　　　　　　Plaintiffs,<br><br>v.<br><br>FLOWERS FOODS, INC. and FRANKLIN BAKING CO, LLC<br>　　　　　　Defendants. | **JUDGMENT**<br><br>No. 7:16-CV-233-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, on the parties' joint motion for settlement approval and plaintiffs' motion for attorney fees and costs.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the orders entered on December 29, 2020, that the Settlement is fair, reasonable and adequate and the court APPROVES the settlement. Service award payments in the amount of $10,000.00 to Bobby Jo Rosinbaum and Robert William Morgan, Jr. are APPROVED. Attorneys' fees to Class Counsel in the amount that is equivalent to one-third of the $8.3 million common-fund settlement is APPROVED**.**

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that plaintiffs' counsel shall be paid $2,766,666.39 in attorney fees and $95,771.40 in expenses.

**This Judgment Filed and Entered on December 29, 2020, and Copies To:**

Leto Copeley / Shawn Wanta / Susan Ellingstad　(via CM/ECF Notice of Electronic Filing)
Michael Ray / Margaret Hanrahan Santen　 (via CM/ECF Notice of Electronic Filing )


December 29, 2020　　　　　　　　　PETER A. MOORE, JR., CLERK
　　　　　　　　　　　　　　　　　　　　/s/ Sandra K. Collins
　　　　　　　　　　　　　　　　　　(By) Sandra K. Collins, Deputy Clerk